

# Fourth Court of Appeals
## San Antonio, Texas

July 1, 2013

No. 04-13-00159-CV

**IN THE INTEREST OF N.A.L. AND N.R.L.**,

From the 83rd Judicial District Court, Val Verde County, Texas
Trial Court No. 29248
Honorable Sergio J. Gonzalez, Judge Presiding

## O R D E R

Appellee's motion for extension of time to file its brief is granted. We order the brief due July 8, 2013.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of July, 2013.

_____
Keith E. Hottle
Clerk of Court